**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JENY LETICIA SOTO DUENAS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-567** |
| **IMMIGRATION AND CUSTOMS ENFORCEMENT** | **SECTION L (1)** |

**<u>ORDER AND REASONS</u>**

Plaintiff Jeny Leticia Soto Duenas has filed a habeas corpus petition pursuant to 28 U.S.C. § 2241 challenging the validity of her detention in the South Louisiana ICE Processing Center. R. Doc. 1. Before considering the merits of the petition, "the Court must determine as a threshold matter whether it has proper jurisdiction to entertain Plaintiff's habeas petition pursuant to 28 U.S.C. § 2241(a)." *Dada v. Witte*, No. 20-1093, 2020 WL 1674129, at *2 (E.D. La. Apr. 6, 2020). "[T]he only district that may consider a habeas corpus challenge to present physical confinement pursuant to § 2241 is the district court in which the prisoner is confined." *Id.* (quoting *United States v. McPhearson*, 451 F. App'x 384, 387 (5th Cir. 2011)); *see also* 28 U.S.C. § 2241(d).

The South Louisiana ICE Processing Center is located in Basile, LA, within Acadia Parish. R. Doc. 1 at 1. Acadia Parish is located in the Lafayette Division of the Western District of Louisiana. Because Plaintiff is confined in the Western District of Louisiana, this Court does not have jurisdiction to consider her petition. In such a case, pursuant to 28 U.S.C. § 1406(a), the Court may either dismiss the petition or, if in the interest of justice, transfer it to the correct district. The Court finds it in the interest of justice to transfer Plaintiff's petition to the Western District of Louisiana. Accordingly;

1

**IT IS ORDERED** that the above-captioned action is hereby **TRANSFERRED** to the United States District Court for the Western District of Louisiana, Lafayette Division.

New Orleans, Louisina, this 17th day of March, 2026.

_____
United States District Judge